Arkansas denied. *Messrs. J. W. House* and *C. H. Moses* for petitioner. No appearance for respondents.

No. 601. Thomas *v.* McFall. February 23, 1932. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Mr. George B. Webster* for petitioner. *Mr. A. C. Malloy* for respondent.

No. 606. United States Fidelity & Guaranty Co. *v.* Leong Dung Dye. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. E. C. Brandenburg* and *Louis M. Denit* for petitioner. *Mr. Charles B. Dwight* for respondent.

No. 613. Des Moines Terminal Co. *v.* Des Moines Union Ry. Co. et al.; and

No. 614. Chicago Great Western R. Co. et al. *v.* Same. February 23, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. J. G. Gamble* and *R. L. Read* for Des Moines Terminal Co. *Messrs. J. C. James* and *Donald Evans* for Chicago Great Western R. Co. *Messrs. Homer Hall* and *John N. Hughes* for respondents.

No. 618. Adcock *v.* Commissioner of Internal Revenue. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Irvin H. Fathchild* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,*

538

*Miss Helen R. Carloss,* and *Messrs. Claude R. Branch* and *Sewall Key* for respondent.

No. 623. GRIGG *v.* BOLTON, U. S. MARSHAL, ET AL. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. H. L. Maury* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude R. Branch* and *Harry S. Ridgely* for respondents.

No. 624. UNITED STATES *v.* BONWIT TELLER & Co. February 23, 1932. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Thacher* for the United States. *Mr. Arthur B. Hyman* for respondent.

No. 626. WISCONSIN COCA COLA BOTTLING CO. ET AL. *v.* E. L. HUSTING Co. February 23, 1932. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. Charles F. Fawsett* for petitioners. *Mr. Wm. L. Tibbs* for respondent.

No. 628. AMERICAN BOND & MORTGAGE CO. ET AL. *v.* UNITED STATES. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Homer H. Cooper* and *George W. Swain* for petitioners. *Solicitor General Thacher, Assistant to the Attorney General O'Brian,* and *Messrs. Claude R. Branch, Charles H. Weston,* and *Wm. H. Riley, Jr.,* for the United States.